IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MEGAN L. HARRIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 124-003 |
| | * | |
| TRUCK SOURCE EXPRESS, INC.; | * | |
| SAGAMORE INSURANCE COMPANY; | * | |
| and HARRY M. SHIVELY, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**O R D E R**

Before the Court is Defendant Sagamore Insurance Company's ("Sagamore") motion to stay. (Doc. 9.) Sagamore represents that the Parties have scheduled mediation for this matter to be held on April 18, 2024. (Id. at 2.) Consequently, Sagamore, with the represented consent of the other Parties, requests the Court stay the case pending mediation. (Id.)

Upon due consideration, the Court **GRANTS** Sagamore's motion to stay. (Doc. 9.) The Clerk is directed to **STAY** all proceedings, including all discovery and deadlines, in this case. Upon completion of mediation, the Parties may move the Court to lift the stay via motion filed on the public docket.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of February, 2024.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```