IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MEGAN L. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-003 |
| | ) | |
| TRUCK SOURCE EXPRESS, INC.; | ) | |
| SAGAMORE INSURANCE COMPANY; | ) | |
| and HARRY M. SHIVELY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In light of the February 26, 2024 Order of Chief United States District Judge J. Randal Hall staying all proceedings in this case pending mediation that is scheduled for April 18, 2024, (see doc. no. 11), the Court directs the **CLERK** to **TERMINATE** the motion associated with the Rule 26(f) Report, (doc. no. 10). If the case is not resolved via mediation and the parties move the Court to lift the stay in accordance with Chief Judge Hall's Order, the parties will be required to submit a revised Rule 26(f) Report.

SO ORDERED this 27th day of February, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA