IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MEGAN L. HARRIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 124-003 |
| | * | |
| TRUCK SOURCE EXPRESS, INC.; | * | |
| SAGAMORE INSURANCE COMPANY; | * | |
| and HARRY M. SHIVELY, | * | |
| | * | |
| Defendants. | * | |

O R D E R

This matter is before the Court on its own accord. On February 13, 2024, Defendant Sagamore Insurance Company ("Sagamore") filed a consent motion to stay proceedings pending mediation. (Doc. 9.) Sagamore represented the Parties scheduled mediation for April 18, 2024. (Id. at 2.) Thus, the Court granted Sagamore's motion, directed the Clerk to stay the proceedings, and informed the Parties they could "move the Court to lift the stay via motion filed on the public docket" once mediation had been completed. (Doc. 11, at 1.) The Parties' mediation date has elapsed, and they have not moved to lift the stay. Accordingly, the Court **DIRECTS** the Parties to file a status report within **FOURTEEN (14) DAYS** from the date of this Order detailing the status of their case.

ORDER ENTERED at Augusta, Georgia, this ___4th___ day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA