```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF GEORGIA
                         AUGUSTA DIVISION
```

| | |
|---|---|
| MEGAN L. HARRIS, | * |
| Plaintiff, | * |
| v. | *   CV 124-003 |
| TRUCK SOURCE EXPRESS, INC. and HARRY M. SHIVELY, | * |
| Defendants. | * |

## O R D E R

Before the Court is the Parties' joint status report. (Doc. 19.) On February 26, 2024, the Court stayed this case pending mediation and instructed the Parties to move to lift the stay upon completion of mediation. (Doc. 11.) The Parties indicate in their status report the mediation was recently completed, and the settlement exhausted the limits of Defendants' insurance policy. (Doc. 19, at 1.) However, Plaintiff "feels that she was not fully compensated" for her injuries and seeks to join her under and/or uninsured motorist coverage carrier and continue with litigating the present case. (Id. at 1-2; Doc. 16.) Based on the foregoing, the Court finds the case is ready to proceed and lifting the stay is appropriate. Accordingly, the Clerk is **DIRECTED** to lift the stay in the above-captioned case.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA