IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MEGAN L. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-003 |
| | ) | |
| HARRY M. SHIVELY and | ) | |
| TRUCK SOURCE EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

The Court **GRANTS** Plaintiff's unopposed motion to add State Farm Mutual Automobile Insurance Company ("State Farm"), Plaintiff's uninsured motorist carrier, as if they were a party defendant pursuant to O.C.G.A. § 33-7-11(d).  (Doc. no. 16.)  Plaintiff's counsel is **DIRECTED** to coordinate with the Clerk of Court to obtain copies of the docket filings necessary for service upon State Farm and to provide the Clerk with a proposed summons directed to State Farm.  Upon issuance of the summons, Plaintiff is **GRANTED** leave of Court to serve State Farm as if it were a party defendant pursuant to O.C.G.A. § 33-7-11(d).  The Court **DIRECTS** the Clerk to not add State Farm as a party at this time.

SO ORDERED this 21st day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA